UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SENTRY SELECT<br>INSURANCE COMPANY<br><br>vs.<br><br>TES LOGISTICS, LP d/b/a TEAM<br>EXPRESS SERVICES, OSCAR PAYAN,<br>JAIME CARRASCO, RICK CARRASCO,<br>INTERGLOBAL LOGISTICS, INC., and<br>SOUTHWIRE COMPANY, LLC | §<br>§<br>§<br>§     CIVIL ACTION NO. 3:21-cv-00117<br>§<br>§<br>§<br>§<br>§<br>§ |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Sentry Select Insurance Company ("Sentry"), and Defendant, Southwire Company, LLC ("Southwire"), jointly move to dismiss this lawsuit with prejudice, and in support of this motion, would show the following:

1.

The underlying lawsuit on which this declaratory judgment action arose has been settled in its entirety. This settlement renders this declaratory judgment action moot. As such, Sentry and Southwire jointly move to have this lawsuit dismissed with prejudice, with all costs of court to be borne by the parties who incurred them.

2.

Sentry and Southwire would show that other than Southwire, no other Defendant has made an appearance in this matter, so that all necessary parties to this motion are before the Court.

For all of the above reasons, Plaintiff, Sentry Select Insurance Company, and Defendant, Southwire Company, LLC, request this motion be granted in its entirety, and that this Court enter an order dismissing this lawsuit with prejudice, with all costs of court to be borne by those parties

who incurred them.

                              Respectfully submitted,

/S/Russell J. Bowman
Russell J. Bowman
Texas State Bar No. 02751550
800 West Airport Freeway, Suite 860
Irving, Texas 75062
(214) 922-0220
(214) 922-0225 (FAX)
E-Mail: russelljbowman@sbcglobal.net
ATTORNEY FOR PLAINTIFF

KEMP SMITH LLP
P. O. Box 2800
El Paso, Texas 79999-2800
915.533.4424
915.546.5360 (Facsimile)

/S/ Richard Bonner
**RICHARD BONNER**
richard.bonner@kempsmith.com
State Bar No. 0208500
**SERGIO ESTRADA**
Sergio.Estrada@kempsmith.com
State Bar No. 24080886
ATTORNEYS FOR DEFENDANT
SOUTHWIRE COMPANY, LLC

## CERTIFICATE OF SERVICE

      This is to certify that on May 20, 2022, I electronically filed the foregoing document with the clerk of court for the U. S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney(s) of record who have consented in writing to accept this Notice as service of this document by electronic means: Richard Bonner, attorney for Defendant, Southwire Company, LLC.

/S/Russell J. Bowman
Russell J. Bowman