IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| SENTRY SELECT INSURANCE COMPANY, <br>     Plaintiff, <br><br> v. <br><br> TES LOGISTICS, LP d/b/a TEAM EXPRESS SERVICES; OSCAR PAYAN; JAIME CARRASCO; RICK CARRASCO; INTERGLOBAL LOGISTICS, INC.; and SOUTHWIRE COMPANY, LLC; <br>     Defendants. | § § § § § § § § § § § § § | EP-21-CV-117-DB |

## FINAL JUDGMENT

On this day the Court issued an order dismissing with prejudice all claims in the above-captioned case. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**SIGNED** this **23rd** day of **May 2022**.

                                                        THE HONORABLE DAVID BRIONES
                                                        SENIOR UNITED STATES DISTRICT JUDGE